AKRON BAR ASSOCIATION *v.* JAYNES.

(D.D. No. 82-10—Decided June 30, 1982.)

*Mr. Matthew J. Koch, Mr. James R. Hinton* and *Mr. David Friedman,* for relator.

*Messrs. Vanik, Monroe, Zucco & Kaselak* and *Mr. William T. Monroe,* for respondent.

*Per Curiam.* Upon examination of the record and the findings of the board of commissioners, we conclude that there are ample facts to justify the board's finding that respondent violated DR9-102(B)(4) of the Code of Professional Responsibility and the recommendation of a one-year suspension from the practice of law.

Accordingly, respondent is hereby suspended from the practice of law for one year.

*Judgment accordingly.*

CELEBREZZE, C. J., W. BROWN, SWEENEY, LOCHER, HOLMES, C. BROWN and KRUPANSKY, JJ., concur.